# EXHIBIT A

# Commonwealth of Massachusetts

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 19-1178B

Melissa Orr , PLAINTIFF(S),

v.

7-Eleven, Inc. , DEFENDANT(S)

A True Copy Attested

Francis J. Trapasso
Constable And Disinterested Person

**SUMMONS**

c/o Corporate Creations
A Network, Inc.

THIS SUMMONS IS DIRECTED TO 7-Eleven, Inc. . (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Worcester County Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. You must respond to this lawsuit in writing within 20 days. If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. How to Respond. To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a. Filing your signed original response with the Clerk's Office for Civil Business, Worcester County Superior 225 Main St. Worcester, MA, 01608 (address), by mail or in person, **AND** Court,

   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: 1 Mercantile St., Ste 740, Worcester, MA, 01608

3. What to include in your response. An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Mass. R. Civ. P. 12. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

8115

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss

SUPERIOR COURT DEPT. OF
THE TRIAL COURT No. 1985CV-4478 B

|  |  |
|---|---|
| MELISSA ORR, | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| 7-ELEVEN, INC., | ) |
| Defendant | ) |

**FILED**

AUG 1 5 2019

ATTEST _(signature)_ CLERK

## COMPLAINT AND CLAIM OF JURY TRIAL

### Parties, Jurisdiction, and Venue

1.      Plaintiff Melissa Orr ("Ms. Orr") is a woman residing at 45 Myrtle Ave. Apt #2, Fitchburg, MA 01420.

2.      Defendant 7-Eleven, Inc. ("the Company") is a multinational corporation doing business in Massachusetts with a principal business address of P.O. Box 283, Saint Louis, MO 63166.

3.      Massachusetts has jurisdiction over the Company pursuant to M.G.L. c. 233A §§ 2 and/or 3.

4.      This Court has jurisdiction over this matter pursuant to M.G.L. c. 212 § 4 and M.G.L. c. 151B § 9.

5.      Venue is appropriate because Ms. Orr resides in Worcester County.

### Facts

6.    The Company operates a well-known chain of convenience stores throughout the world, including approximately 200 locations in Massachusetts.

7.    Ms. Orr worked for the Company from May 14, 2015 through March 1, 2017, and from June 16, 2016 through March 1, 2017 she worked as a part-time cashier at the Company's store located at 15 Main Street, Fitchburg 01420 ("the Store").

8.    On or around February 15, 2017 Ms. Orr told the Company's District Manager that she was pregnant.

9.    The next day, Ms. Orr mentioned her pregnancy to her manager, Latoya.

10.    Around the same time of these conversations, Ms. Orr informed the Store's Assistant Manager that she was planning to be married on March 3, 2017 and would need the day off.

11.    The Assistant Manager told Ms. Orr that she could take March 3, 2017 off if someone was available to cover her shift for that day.  She also said that if she could not find someone else to cover for her, the Assistant Manager could cover the shift.

12.    Another employee ("Employee A") agreed to work during Ms. Orr's shift on March 3, 2017.

13.    On March 2, 2017, without informing Ms. Orr, the Company terminated Employee A.

14.    Later on March 2, 2017 Ms. Orr's husband (at the time still her fiancé) went to the Store to ask about whether someone else would be available to cover her shift on March 3, 2017.

15.     Ms. Orr's husband was told that if she did not show up for her shift on March 3, 2017 she would be terminated.

16.     At that point, it was too late for Ms. Orr and her husband to postpone their wedding or find alternative arrangements.

17.     The morning of her wedding day, March 3, 2017, Ms. Orr telephoned the District Manager for the Company and expressed her concern that she had planned to be off that day for her wedding.

18.     The District Manager told Ms. Orr that if she had been approved for the day off, she would be able to take the day off.

19.     Later that same morning, Ms. Orr called the Store to follow up and confirmed with Latoya that she had spoken with the District Manager and would not be coming in that day.

20.     In response, Latoya said "that's okay."

21.     On the evening of March 3, 2017, after her wedding, Ms. Orr visited the Store to check her work schedule and saw that her name had been crossed off with the word "termination" written across.

22.     On or about March 6, 2017 Latoya sent Ms. Orr a text message asking her to come in for a meeting, and at the meeting Ms. Orr was told that she was terminated effective immediately.

23.     Ms. Orr was informed that the supposed reason for her termination was having been late to work on several occasions.

24.     To support the claim that Ms. Orr had been terminated for being late, her manager created write-ups and back-dated them to look like they had been given to her previously.

3

25.     In fact, Ms. Orr had never been given the writeups.

26.     Ms. Orr's manager also falsely claimed that she had refused to sign the writeups.

27.     The falsified writeups were merely created to support a pretext, and the actual reason for Ms. Orr's termination was that the Company knew she was pregnant and anticipated that she would require accommodations or extra time off, and saw an opportunity to terminate her when he did not appear to work on her wedding day.

28.     Ms. Orr has complied with all prerequisites to bringing this action.

## COUNT I
### Discrimination on the basis of sex
### M.G.L. c. 151B § 4(1)

29.     Ms. Orr restates the foregoing paragraphs as if fully set forth herein.

30.     As described in the foregoing paragraphs, the Company's decision to terminate Ms. Orr constituted discrimination on the basis of sex in violation of M.G.L. c. 151B § 4(1).

31.     Ms. Orr is entitled to recover her damages, including but not limited to lost income and compensation for emotional distress, as well as her attorneys' fees and costs incurred in bringing this claim.

## COUNT II
### Discrimination on the basis of pregnancy status

32.     Ms. Orr restates the foregoing paragraphs as if fully set forth herein.

33.     As described in the foregoing paragraphs, the Company's decision to terminate Ms. Orr constituted discrimination on the basis of pregnancy status in violation of M.G.L. c. 151B § 4(1).

34.     Ms. Orr is entitled to recover her damages, including but not limited to lost income and compensation for emotional distress, as well as her attorneys' fees and costs incurred in bringing this claim.

## COUNT III
### Breach of Contract/Promissory Estoppel

35.     Ms. Orr restates the foregoing paragraphs as if fully set forth herein.

36.     As described in the foregoing paragraphs, through its representatives the Company promised Ms. Orr that she would be allowed to take the day off for her wedding, notice of which she gave to the Company well in advance.

37.     Ms. Orr took the day off for her wedding in reliance on the Company's assurances.

38.     The Company breached its promise to Ms. Orr by terminating her immediately following her wedding, and is liable to Ms. Orr for her consequent damages as proven at trial.

## COUNT IV
### Breach of the Covenant of Good Faith and Fair Dealing

39.     Ms. Orr restates the foregoing paragraphs as if fully set forth herein.

40.     As described in the foregoing paragraphs, the Company breached the covenant of good faith and fair dealing implied in its employment contract with Ms. Orr, and is liable to Ms. Orr for her consequent damages as proven at trial.

## COUNT V
### Wrongful Termination in Violation of Public Policy

41.     Ms. Orr restates the foregoing paragraphs as if fully set forth herein.

42.     The Company's termination of Ms. Orr's employment as described in the foregoing paragraphs constituted wrongful termination in violation of public policy, and the Company is liable to Ms. Orr for her consequent damages as proven at trial.

WHEREFORE, Ms. Orr respectfully requests that the Court:

A.      Award her compensatory damages according to her proof at trial;

B.     Award her attorneys' fees and costs; and

C.     Award her such other and further relief as the Court deems appropriate.


**THE PLAINTIFF CLAIMS A JURY TRIAL AS TO ALL ISSUES SO TRIABLE.**


Respectfully submitted,

Plaintiff Melissa Orr
By her attorney,


Benjamin C. Rudolf, BBO#667695
MURPHY & RUDOLF, LLP
One Mercantile Street, Suite 740
Worcester, MA 01608
(508) 425-6330
brudolf@murphyrudolf.com

Dated: August 15, 2019

6

# EXHIBIT B

8115

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 19-1178 B | Trial Court of Massachusetts The Superior Court |
|---|---|---|

**PLAINTIFF(S):** Melissa Orr

**ADDRESS:** 45 Myrtle Ave. Apt #2, Fitchburg, MA 01420

**COUNTY** Worcester

**DEFENDANT(S):** 7-Eleven, Inc.

**ATTORNEY:** Benjamin C. Rudolf

**ADDRESS:** 1 Mercantile Street, Suite 740, Worcester, MA 01608

**ADDRESS:** P.O. Box 283, Saint Louis, MO 63166

**BBO:** 667595

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A04 | Employment Contact | F | [X] YES  [ ] NO |

**\*If "Other" please describe:**

Is there a claim under G.L. c. 93A?  [ ] YES  [X] NO

Is this a class action under Mass. R. Civ. P. 23?  [ ] YES  [X] NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .................................................................................. $ _____
2. Total doctor expenses ..................................................................................... $ _____
3. Total chiropractic expenses ............................................................................ $ _____
4. Total physical therapy expenses ..................................................................... $ _____
5. Total other expenses (describe below) ........................................................... $ _____
                                                Subtotal (A): $ _____

**FILED**

**AUG 15 2019**

ATTEST: _____ CLERK

B. Documented lost wages and compensation to date ................................................ $ _____
C. Documented property damages to date .................................................................. $ _____
D. Reasonably anticipated future medical and hospital expenses ............................... $ _____
E. Reasonably anticipated lost wages ........................................................................ $ _____
F. Other documented items of damages (describe below) ........................................... $ _____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F):$ _____

### CONTRACT CLAIMS
(attach additional sheets as necessary)

[X] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

Discrimination on the basis of sex and pregnancy status; Breach of contract; wrongful termination

TOTAL: $ 25,000+

**Signature of Attorney/ Unrepresented Plaintiff: X**  Date: August 15,2019

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

**Signature of Attorney of Record: X**  Date: August 15, 2019

# EXHIBIT C

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

| | | | |
|---|---|---|---|
| Pay Date | 01/05/2017 | | |
| Advice # | 1755249587 | | |
| Pay Period Start | 12/23/2016 | | |
| Pay Period End | 12/29/2016 | | |
| Pay Frequency | Week | | |
| W-4 Fed Withholding | S | | |

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| Earnings Totals | | Current | YTD |
|---|---|---|---|
| Gross Pay | | $325.49 | $325.49 |
| Net Pay | | $252.04 | $252.04 |

| Deduction Totals | | This Pay | YTD |
|---|---|---|---|
| Taxes | | $73.45 | $73.45 |
| Other Deductions | | $0.00 | $0.00 |

**Exemptions**

| | | |
|---|---|---|
| Fed | 0 | |
| State | 0 | |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Hours | $11.00 | 29.59 | $325.49 | $325.49 |

**Employment Information**

| | |
|---|---|
| Average Hours | 28.83 |

| Deductions Detail | Current | YTD |
|---|---|---|
| Medicare EE | $4.72 | $4.72 |
| FIT | $33.22 | $33.22 |
| SS EE | $20.18 | $20.18 |
| SIT(MA) | $15.33 | $15.33 |

| Other Information | | |
|---|---|---|
| Employee Number | | 1433942 |
| TOTAL WRK HRS | | 29.59 |
| TOTAL PTO BLNCE | | 38.89 |

| Distributions | Current |
|---|---|
| Meta Bank | 252.04 |

Messages
Payroll Customer Service Number ███████████
Get your W2's earlier ████████████████████████

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

**REDACTED**

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| | | Current | YTD |
|---|---|---|---|
| Pay Date | 01/12/2017 | | |
| Advice # | 1758501485 | | |
| Pay Period Start | 12/30/2016 | Earnings Totals | Current | YTD |
| Pay Period End | 01/05/2017 | Gross Pay | $392.48 | $717.97 |
| Pay Frequency | Week | Net Pay | $300.70 | $552.74 |
| W-4 Fed Withholding | S | Deduction Totals | This Pay | YTD |
| | | Taxes | $91.78 | $165.23 |

**Exemptions**

| | | Other Deductions | $0.00 | $0.00 |
|---|---|---|---|---|
| Fed | 0 | Earnings Detail | Rate | Hours | Current | YTD |
| State | 0 | Holiday-OT | $16.50 | 8.08 | $133.32 | $133.32 |
| | | Regular Hours | $11.00 | 23.56 | $259.16 | $584.65 |

**Employment Information**

| | | Deductions Detail | Current | YTD |
|---|---|---|---|---|
| Average Hours | 28.83 | Medicare EE | $5.69 | $10.41 |
| | | FIT | $43.27 | $76.49 |
| | | SS EE | $24.33 | $44.51 |
| | | SIT(MA) | $18.49 | $33.82 |

Other Information
| | Current | YTD |
|---|---|---|
| Employee Number | | 1433942 |
| TOTAL WRK HRS | | 31.64 |
| TOTAL PTO BLNCE | | 40.40 |

Distributions | Current
| Meta Bank | 300.70 |

Messages
Payroll Customer Service Number ███████████
Get your W2's earlier ██████████████████

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

**REDACTED**

| | | |
|---|---|---|
| Pay Date | 01/20/2017 | |
| Advice # | 1762219497 | |
| Pay Period Start | 01/06/2017 | |
| Pay Period End | 01/12/2017 | |
| Pay Frequency | Week | |
| W-4 Fed Withholding | S | |

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| Earnings Totals | | Current | YTD |
|---|---|---|---|
| Gross Pay | | $263.67 | $981.64 |
| Net Pay | | $207.13 | $759.87 |

| Deduction Totals | | This Pay | YTD |
|---|---|---|---|
| Taxes | | $56.54 | $221.77 |
| Other Deductions | | $0.00 | $0.00 |

**Exemptions**

| | | |
|---|---|---|
| Fed | 0 | |
| State | 0 | |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $133.32 |
| Regular Hours | $11.00 | 23.97 | $263.67 | $848.32 |

**Employment Information**

| | |
|---|---|
| Average Hours | 28.83 |

| Deductions Detail | Current | YTD |
|---|---|---|
| Medicare EE | $3.82 | $14.23 |
| FIT | $23.95 | $100.44 |
| SS EE | $16.35 | $60.86 |
| SIT(MA) | $12.42 | $46.24 |

| Other Information | |
|---|---|
| Employee Number | 1433942 |
| TOTAL WRK HRS | 23.97 |
| TOTAL PTO BLNCE | 41.54 |

| Distributions | Current |
|---|---|
| Meta Bank | 207.13 |

Messages
Payroll Customer Service Number ███████████
Get your W2's earlier ███████████████

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

**REDACTED**

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| Pay Date | 01/26/2017 |
| Advice # | 1762825652 |
| Pay Period Start | 01/13/2017 |
| Pay Period End | 01/19/2017 |
| Pay Frequency | Week |
| W-4 Fed Withholding | S |

| Earnings Totals | Current | YTD |
| --- | --- | --- |
| Gross Pay | $265.76 | $1,247.40 |
| Net Pay | $208.64 | $968.51 |

| Deduction Totals | This Pay | YTD |
| --- | --- | --- |
| Taxes | $57.12 | $278.89 |
| Other Deductions | $0.00 | $0.00 |

**Exemptions**

| Fed | 0 |
| State | 0 |

| Earnings Detail | Rate | Hours | Current | YTD |
| --- | --- | --- | --- | --- |
| Holiday-OT | | | $0.00 | $133.32 |
| Regular Hours | $11.00 | 24.16 | $265.76 | $1,114.08 |

**Employment Information**

| Average Hours | 28.83 |

| Deductions Detail | Current | YTD |
| --- | --- | --- |
| Medicare EE | $3.86 | $18.09 |
| FIT | $24.26 | $124.70 |
| SS EE | $16.48 | $77.34 |
| SIT(MA) | $12.52 | $58.76 |

| Other Information | |
| --- | --- |
| Employee Number | 1433942 |
| TOTAL WRK HRS | 24.16 |
| TOTAL PTO BLNCE | 42.70 |

| Distributions | Current |
| --- | --- |
| Meta Bank | 208.64 |

Messages
Payroll Customer Service Number ████████████
Get your W2's earlier ████████████████████

**REDACTED**

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

| | |
|---|---|
| Pay Date | 02/02/2017 |
| Advice # | 1765268755 |
| Pay Period Start | 01/20/2017 |
| Pay Period End | 01/26/2017 |
| Pay Frequency | Week |
| W-4 Fed Withholding | S |

**Exemptions**

| | |
|---|---|
| Fed | 0 |
| State | 0 |

**Employment Information**

| | |
|---|---|
| Average Hours | 28.83 |

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| Earnings Totals | | | Current | YTD |
|---|---|---|---|---|
| Gross Pay | | | $214.72 | $1,462.12 |
| Net Pay | | | $171.14 | $1,139.65 |
| Deduction Totals | | | This Pay | YTD |
| Taxes | | | $43.58 | $322.47 |
| Other Deductions | | | $0.00 | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $133.32 |
| Regular Hours | $11.00 | 19.52 | $214.72 | $1,328.80 |

| Deductions Detail | Current | YTD |
|---|---|---|
| Medicare EE | $3.11 | $21.20 |
| FIT | $17.05 | $141.75 |
| SS EE | $13.31 | $90.65 |
| SIT(MA) | $10.11 | $68.87 |

| Other Information | |
|---|---|
| Employee Number | 1433942 |
| TOTAL WRK HRS | 19.52 |
| TOTAL PTO BLNCE | 43.63 |

| Distributions | Current |
|---|---|
| Meta Bank | 171.14 |

Messages
Payroll Customer Service Number ███████████
Get your W2's earlier ████████████████████

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

**REDACTED**

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| Pay Date | 02/09/2017 |
| Advice # | 1767149533 |
| Pay Period Start | 01/27/2017 |
| Pay Period End | 02/02/2017 |
| Pay Frequency | Week |
| W-4 Fed Withholding | S |

| Earnings Totals | Current | YTD |
| --- | --- | --- |
| Gross Pay | $205.48 | $1,667.60 |
| Net Pay | $163.96 | $1,303.61 |

| Deduction Totals | This Pay | YTD |
| --- | --- | --- |
| Taxes | $41.52 | $363.99 |
| Other Deductions | $0.00 | $0.00 |

**Exemptions**

| Fed | 0 |
| State | 0 |

| Earnings Detail | Rate | Hours | Current | YTD |
| --- | --- | --- | --- | --- |
| Holiday-OT | | | $0.00 | $133.32 |
| Regular Hours | $11.00 | 18.68 | $205.48 | $1,534.28 |

**Employment Information**

| Average Hours | 28.83 |

| Deductions Detail | Current | YTD |
| --- | --- | --- |
| Medicare EE | $2.98 | $24.18 |
| FIT | $16.12 | $157.87 |
| SS EE | $12.74 | $103.39 |
| SIT(MA) | $9.68 | $78.55 |

| Other Information | |
| --- | --- |
| Employee Number | 1433942 |
| TOTAL WRK HRS | 18.68 |
| TOTAL PTO BLNCE | 44.52 |

| Distributions | Current |
| --- | --- |
| Meta Bank | 163.96 |

Messages
Payroll Customer Service Number ▮▮▮▮▮▮▮▮
Get your W2's earlier ▮▮▮▮▮▮▮▮▮▮▮▮

REDACTED

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| | | |
|---|---|---|
| Pay Date | 02/16/2017 | |
| Advice # | 1771466535 | |

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $221.98 | $1,889.58 |
| Net Pay | $176.77 | $1,480.38 |

| | |
|---|---|
| Pay Period Start | 02/03/2017 |
| Pay Period End | 02/09/2017 |
| Pay Frequency | Week |
| W-4 Fed Withholding | S |

| Deduction Totals | This Pay | YTD |
|---|---|---|
| Taxes | $45.21 | $409.20 |
| Other Deductions | $0.00 | $0.00 |

**Exemptions**

| | |
|---|---|
| Fed | 0 |
| State | 0 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Holiday-OT | | | $0.00 | $133.32 |
| Regular Hours | $11.00 | 20.18 | $221.98 | $1,756.26 |

**Employment Information**

| | |
|---|---|
| Average Hours | 28.83 |

| Deductions Detail | Current | YTD |
|---|---|---|
| Medicare EE | $3.22 | $27.40 |
| FIT | $17.77 | $175.64 |
| SS EE | $13.76 | $117.15 |
| SIT(MA) | $10.46 | $89.01 |

| Other Information | | |
|---|---|---|
| Employee Number | | 1433942 |
| TOTAL WRK HRS | | 20.18 |
| TOTAL PTO BLNCE | | 45.48 |

| Distributions | Current |
|---|---|
| Meta Bank | 176.77 |

Messages
Payroll Customer Service Number █████████
Get your W2's earlier ███████████████

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

**REDACTED**

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| | | | Current | YTD |
|---|---|---|---|---|
| Pay Date | 02/23/2017 | Earnings Totals | | |
| Advice # | 1774075461 | Gross Pay | $240.13 | $2,129.71 |
| Pay Period Start | 02/10/2017 | Net Pay | $190.03 | $1,670.41 |
| Pay Period End | 02/16/2017 | | | |
| Pay Frequency | Week | Deduction Totals | This Pay | YTD |
| W-4 Fed Withholding | S | Taxes | $50.10 | $459.30 |
| | | Other Deductions | $0.00 | $0.00 |

**Exemptions**

| | | Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Fed | 0 | Holiday-OT | | | $0.00 | $133.32 |
| State | 0 | Regular Hours | $11.00 | 21.83 | $240.13 | $1,996.39 |

**Employment Information**

| | | Deductions Detail | Current | YTD |
|---|---|---|---|---|
| Average Hours | 28.83 | Medicare EE | $3.48 | $30.88 |
| | | FIT | $20.42 | $196.06 |
| | | SS EE | $14.89 | $132.04 |
| | | SIT(MA) | $11.31 | $100.32 |

Other Information

| | Current | YTD |
|---|---|---|
| Employee Number | | 1433942 |
| TOTAL WRK HRS | | 21.83 |
| TOTAL PTO BLNCE | | 46.52 |

| Distributions | Current |
|---|---|
| Meta Bank | 190.03 |

Messages
Payroll Customer Service Number ██████████
Get your W2's earlier █████████████████

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

REDACTED

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| | | | Current | YTD |
|---|---|---|---|---|
| Pay Date | 03/02/2017 | Earnings Totals | | |
| Advice # | 1776339150 | Gross Pay | $146.63 | $2,276.34 |
| Pay Period Start | 02/17/2017 | Net Pay | $118.26 | $1,788.67 |
| Pay Period End | 02/23/2017 | | | |
| Pay Frequency | Week | Deduction Totals | This Pay | YTD |
| W-4 Fed Withholding | S | Taxes | $28.37 | $487.67 |
| | | Other Deductions | $0.00 | $0.00 |

| **Exemptions** | | Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Fed | 0 | Holiday-OT | | | $0.00 | $133.32 |
| State | 0 | Regular Hours | $11.00 | 13.33 | $146.63 | $2,143.02 |

| | | Deductions Detail | | | Current | YTD |
|---|---|---|---|---|---|---|
| **Employment Information** | | Medicare EE | | | $2.13 | $33.01 |
| Average Hours | 28.83 | FIT | | | $10.24 | $206.30 |
| | | SS EE | | | $9.09 | $141.13 |
| | | SIT(MA) | | | $6.91 | $107.23 |

Other Information
| | | |
|---|---|---|
| Employee Number | | 1433942 |
| TOTAL WRK HRS | | 13.33 |
| TOTAL PTO BLNCE | | 47.16 |

| Distributions | Current |
|---|---|
| Meta Bank | 118.26 |

Messages
Payroll Customer Service Number ███████████
Get your W2's earlier ███████████████████

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

**REDACTED**

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| Pay Date | 03/09/2017 | | | | |
|---|---|---|---|---|---|
| Advice # | 1778583387 | Earnings Totals | | | Current | YTD |
| Pay Period Start | 02/24/2017 | Gross Pay | | | $150.81 | $2,427.15 |
| Pay Period End | 03/02/2017 | Net Pay | | | $121.52 | $1,910.19 |
| Pay Frequency | Week | | | | | |
| W-4 Fed Withholding | S | Deduction Totals | | | This Pay | YTD |
| | | Taxes | | | $29.29 | $516.96 |

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $150.81 | $2,427.15 |
| Net Pay | $121.52 | $1,910.19 |

| Deduction Totals | This Pay | YTD |
|---|---|---|
| Taxes | $29.29 | $516.96 |
| Other Deductions | $0.00 | $0.00 |

**Exemptions**

| | | | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Fed | 0 | Earnings Detail | Rate | Hours | Current | YTD |
| State | 0 | Holiday-OT | | | $0.00 | $133.32 |
| | | Regular Hours | $11.00 | 13.71 | $150.81 | $2,293.83 |

**Employment Information**

| Average Hours | 28.83 | Deductions Detail | Current | YTD |
|---|---|---|---|---|
| | | Medicare EE | $2.18 | $35.19 |
| | | FIT | $10.66 | $216.96 |
| | | SS EE | $9.35 | $150.48 |
| | | SIT(MA) | $7.10 | $114.33 |

| Other Information | | |
|---|---|---|
| Employee Number | | 1433942 |
| TOTAL WRK HRS | | 13.71 |
| TOTAL PTO BLNCE | | 47.81 |

| Distributions | Current |
|---|---|
| Meta Bank | 121.52 |

Messages
Payroll Customer Service Number ████████████
Get your W2's earlier ██████████████████

REDACTED

Melissa Gail Orr
40 Myrtle Ave
Apt 1
Fitchburg MA 01420
US

**7-Eleven Inc**
15 Main St
Fitchburg MA 01420

| | | | | Current | YTD |
|---|---|---|---|---|---|
| Pay Date | 03/10/2017 | Earnings Totals | | | |
| Advice # | 1780077174 | Gross Pay | | $550.99 | $2,978.14 |
| Pay Period Start | 03/03/2017 | Net Pay | | $415.84 | $2,326.03 |
| Pay Period End | 03/09/2017 | | | | |
| Pay Frequency | Week | Deduction Totals | | This Pay | YTD |
| W-4 Fed Withholding | S | Taxes | | $135.15 | $652.11 |
| | | Other Deductions | | $0.00 | $0.00 |

**Exemptions**

| | | | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Fed | 0 | Earnings Detail | | | | |
| State | 0 | Holiday-OT | | | $0.00 | $133.32 |
| | | Regular Hours | | | $0.00 | $2,293.83 |
| | | Vacation Pay | $11.00 | 47.81 | $525.91 | $525.91 |
| | | Term Settlement Pay | $11.00 | 2.28 | $25.08 | $25.08 |

**Employment Information**

| | | | Current | YTD |
|---|---|---|---|---|
| Average Hours | 28.83 | Deductions Detail | | |
| | | Medicare EE | $7.99 | $43.18 |
| | | FIT | $67.05 | $284.01 |
| | | SS EE | $34.16 | $184.64 |
| | | SIT(MA) | $25.95 | $140.28 |

| Other Information | | |
|---|---|---|
| Employee Number | | 1433942 |
| TOTAL WRK HRS | | .00 |
| TOTAL PTO BLNCE | | .00 |

| Distributions | Current |
|---|---|
| Meta Bank | 415.84 |

Messages
Payroll Customer Service Number ███████████
Get your W2's earlier ███████████████████

# EXHIBIT D

| Store | Week Ending | Name | Assignment # | Date Clocked In | Pay Code | IN | OUT | Calc Hrs/Amt | MGR MOD | Actual Hrs Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 37352 | 01-Dec-2016 | ORR, MELISSA G | 1433942 | 11/26/2016 | RR | 15:05 | 23:02 | 7.95 | | 7.95 |
| 37352 | 01-Dec-2016 | ORR, MELISSA G | 1433942 | 11/27/2016 | RR | 16:00 | 21:56 | 5.93 | | 5.93 |
| 37352 | 01-Dec-2016 | ORR, MELISSA G | 1433942 | 11/29/2016 | RR | 14:57 | 18:47 | 3.83 | | 3.83 |
| 37352 | 01-Dec-2016 | ORR, MELISSA G | 1433942 | 11/29/2016 | RR | 18:58 | 22:53 | 3.92 | | 3.92 |
| 37352 | 01-Dec-2016 | ORR, MELISSA G | 1433942 | 11/30/2016 | RR | 16:26 | 22:59 | 6.55 | | 6.55 |
| 37352 | 01-Dec-2016 | ORR, MELISSA G | 1433942 | 12/01/2016 | RR | 15:03 | 23:06 | 8.05 | | 8.05 |
| | | | | | | | | | | 36.23 |
| 37352 | 01-Sep-2016 | ORR, MELISSA G | 1433942 | 08/26/2016 | RR | 15:19 | 23:03 | 7.73 | | 7.73 |
| 37352 | 01-Sep-2016 | ORR, MELISSA G | 1433942 | 08/28/2016 | RR | 07:24 | 12:06 | 4.72 | | 4.72 |
| 37352 | 01-Sep-2016 | ORR, MELISSA G | 1433942 | 08/29/2016 | RR | 06:55 | 07:00 | 0.07 | | 0.07 |
| 37352 | 01-Sep-2016 | ORR, MELISSA G | 1433942 | 08/29/2016 | RR | 07:00 | 14:52 | 7.88 | | 7.88 |
| 37352 | 01-Sep-2016 | ORR, MELISSA G | 1433942 | 08/30/2016 | RR | 07:09 | 14:56 | 7.78 | | 7.78 |
| | | | | | | | | | | 28.18 |
| 37352 | 02-Feb-2017 | ORR, MELISSA G | 1433942 | 01/27/2017 | RR | 08:35 | 15:01 | 6.43 | | 6.43 |
| 37352 | 02-Feb-2017 | ORR, MELISSA G | 1433942 | 01/28/2017 | RR | 15:08 | 22:08 | 7.02 | | 7.02 |
| 37352 | 02-Feb-2017 | ORR, MELISSA G | 1433942 | 01/30/2017 | RR | 15:14 | 20:29 | 5.25 | | 5.25 |
| | | | | | | | | | | 18.70 |
| 37352 | 02-Mar-2017 | ORR, MELISSA G | 1433942 | 02/27/2017 | RR | 15:01 | 22:00 | 6.97 | | 6.97 |
| 37352 | 02-Mar-2017 | ORR, MELISSA G | 1433942 | 03/01/2017 | RR | 15:06 | 21:50 | 6.73 | | 6.73 |
| 37352 | 02-Mar-2017 | ORR, MELISSA G | 1433942 | 03/01/2017 | RR | 15:06 | 15:06 | 0.00 | | 0.00 |
| | | | | | | | | | | 13.70 |
| 37352 | 03-Nov-2016 | ORR, MELISSA G | 1433942 | 10/28/2016 | RR | 15:00 | 23:01 | 8.02 | | 8.02 |
| 37352 | 03-Nov-2016 | ORR, MELISSA G | 1433942 | 10/29/2016 | RR | 23:07 | 05:00 | 5.88 | | 5.88 |
| 37352 | 03-Nov-2016 | ORR, MELISSA G | 1433942 | 10/30/2016 | RR | 22:59 | 07:00 | 8.00 | | 8.00 |
| 37352 | 03-Nov-2016 | ORR, MELISSA G | 1433942 | 10/31/2016 | RR | 07:00 | 07:04 | 0.07 | | 0.07 |
| 37352 | 03-Nov-2016 | ORR, MELISSA G | 1433942 | 10/31/2016 | RR | 22:58 | 07:00 | 8.02 | | 8.02 |
| 37352 | 03-Nov-2016 | ORR, MELISSA G | 1433942 | 11/01/2016 | RR | 07:00 | 07:23 | 0.40 | | 0.40 |
| 37352 | 03-Nov-2016 | ORR, MELISSA G | 1433942 | 11/01/2016 | RR | 23:13 | 06:32 | 7.32 | | 7.32 |
| | | | | | | | | | | 37.71 |
| 37352 | 04-Aug-2016 | ORR, MELISSA G | 1433942 | 07/29/2016 | RR | 09:00 | 11:38 | 2.63 | | 2.63 |
| 37352 | 04-Aug-2016 | ORR, MELISSA G | 1433942 | 07/31/2016 | RR | 09:15 | 15:00 | 5.77 | | 5.77 |
| 37352 | 04-Aug-2016 | ORR, MELISSA G | 1433942 | 08/01/2016 | RR | 08:53 | 14:59 | 6.10 | | 6.10 |
| 37352 | 04-Aug-2016 | ORR, MELISSA G | 1433942 | 08/02/2016 | RR | 09:06 | 15:39 | 6.55 | | 6.55 |
| 37352 | 04-Aug-2016 | ORR, MELISSA G | 1433942 | 08/04/2016 | RR | 16:02 | 23:03 | 7.02 | | 7.02 |
| | | | | | | | | | | 28.07 |
| 37352 | 05-Jan-2017 | ORR, MELISSA G | 1433942 | 12/30/2016 | RR | 15:04 | 22:56 | 7.87 | | 7.87 |
| 37352 | 05-Jan-2017 | ORR, MELISSA G | 1433942 | 01/01/2017 | H1 | 15:11 | 23:16 | 8.08 | | 8.08 |
| 37352 | 05-Jan-2017 | ORR, MELISSA G | 1433942 | 01/02/2017 | RR | 15:15 | 23:13 | 7.95 | | 7.95 |
| 37352 | 05-Jan-2017 | ORR, MELISSA G | 1433942 | 01/05/2017 | RR | 15:00 | 15:49 | 0.82 | | 0.82 |
| 37352 | 05-Jan-2017 | ORR, MELISSA G | 1433942 | 01/05/2017 | RR | 16:20 | 23:14 | 6.90 A | | 6.90 |
| 37352 | 05-Jan-2017 | ORR, MELISSA G | 1433942 | 01/05/2017 | RR | 23:14 | 23:14 | 0.00 D | | |
| | | | | | | | | | | 31.62 |
| 37352 | 06-Oct-2016 | ORR, MELISSA G | 1433942 | 09/30/2016 | RR | 10:25 | 14:46 | 4.35 | | 4.35 |
| 37352 | 06-Oct-2016 | ORR, MELISSA G | 1433942 | 10/02/2016 | RR | 09:31 | 14:59 | 5.47 | | 5.47 |
| 37352 | 06-Oct-2016 | ORR, MELISSA G | 1433942 | 10/02/2016 | RR | 18:14 | 22:03 | 3.82 | | 3.82 |
| 37352 | 06-Oct-2016 | ORR, MELISSA G | 1433942 | 10/03/2016 | RR | 09:05 | 14:58 | 5.88 | | 5.88 |
| 37352 | 06-Oct-2016 | ORR, MELISSA G | 1433942 | 10/04/2016 | RR | 09:04 | 13:07 | 4.03 | | 4.03 |
| | | | | | | | | | | 23.55 |
| 37352 | 07-Jul-2016 | ORR, MELISSA G | 1433942 | 07/01/2016 | RR | 09:06 | 15:00 | 5.90 A | | 5.90 |
| 37352 | 07-Jul-2016 | ORR, MELISSA G | 1433942 | 07/03/2016 | RR | 09:38 | 15:03 | 5.42 | | 5.42 |
| 37352 | 07-Jul-2016 | ORR, MELISSA G | 1433942 | 07/04/2016 | RR | 09:06 | 14:59 | 5.88 A | | 5.88 |
| 37352 | 07-Jul-2016 | ORR, MELISSA G | 1433942 | 07/04/2016 | H1 | 15:00 | 15:00 | 0.00 | | 0.00 |
| 37352 | 07-Jul-2016 | ORR, MELISSA G | 1433942 | 07/05/2016 | RR | 09:00 | 15:11 | 6.18 A | | 6.18 |
| 37352 | 07-Jul-2016 | ORR, MELISSA G | 1433942 | 07/05/2016 | RR | 15:11 | 15:11 | 0.00 D | | |
| 37352 | 07-Jul-2016 | ORR, MELISSA G | 1433942 | 07/07/2016 | RR | 09:08 | 15:30 | 6.37 | | 6.37 |

| Store | Week Ending | Name | Assignment # | Date Clocked In | Pay Code | IN | OUT | Calc Hrs/Amt | MGR MOD | Actual Hrs Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 29.75 |
| 37352 | 08-Dec-2016 | ORR, MELISSA G | 1433942 | 12/02/2016 | RR | 15:05 | 23:02 | 7.95 | | 7.95 |
| 37352 | 08-Dec-2016 | ORR, MELISSA G | 1433942 | 12/06/2016 | RR | 15:08 | 15:55 | 0.78 | | 0.78 |
| 37352 | 08-Dec-2016 | ORR, MELISSA G | 1433942 | 12/06/2016 | RR | 16:26 | 23:07 | 6.67 | | 6.67 |
| 37352 | 08-Dec-2016 | ORR, MELISSA G | 1433942 | 12/07/2016 | RR | 16:50 | 23:04 | 6.23 | | 6.23 |
| | | | | | | | | | | 21.63 |
| 37352 | 08-Sep-2016 | ORR, MELISSA G | 1433942 | 09/02/2016 | RR | 08:51 | 15:09 | 6.28 | | 6.28 |
| 37352 | 08-Sep-2016 | ORR, MELISSA G | 1433942 | 09/04/2016 | RR | 08:31 | 15:02 | 6.52 | | 6.52 |
| 37352 | 08-Sep-2016 | ORR, MELISSA G | 1433942 | 09/05/2016 | H1 | 09:06 | 14:07 | 5.02 | | 5.02 |
| 37352 | 08-Sep-2016 | ORR, MELISSA G | 1433942 | 09/08/2016 | RR | 08:55 | 15:20 | 6.40 | | 6.40 |
| 37352 | 08-Sep-2016 | ORR, MELISSA G | 1433942 | 09/08/2016 | RR | 23:00 | 07:00 | 7.98 | | 7.98 |
| | | | | | | | | | | 32.20 |
| 37352 | 09-Feb-2017 | ORR, MELISSA G | 1433942 | 02/05/2017 | RR | 15:14 | 22:01 | 6.78 | | 6.78 |
| 37352 | 09-Feb-2017 | ORR, MELISSA G | 1433942 | 02/06/2017 | RR | 15:21 | 22:00 | 6.65 | | 6.65 |
| 37352 | 09-Feb-2017 | ORR, MELISSA G | 1433942 | 02/08/2017 | RR | 15:16 | 22:01 | 6.75 | | 6.75 |
| | | | | | | | | | | 20.18 |
| 37352 | 10-Nov-2016 | ORR, MELISSA G | 1433942 | 11/04/2016 | RR | 15:01 | 23:20 | 8.32 | | 8.32 |
| 37352 | 10-Nov-2016 | ORR, MELISSA G | 1433942 | 11/05/2016 | RR | 07:07 | 15:01 | 7.90 | | 7.90 |
| 37352 | 10-Nov-2016 | ORR, MELISSA G | 1433942 | 11/09/2016 | RR | 15:16 | 23:05 | 7.82 | | 7.82 |
| 37352 | 10-Nov-2016 | ORR, MELISSA G | 1433942 | 11/10/2016 | RR | 09:41 | 15:09 | 5.47 | | 5.47 |
| 37352 | 10-Nov-2016 | ORR, MELISSA G | 1433942 | 11/10/2016 | RR | 17:53 | 18:36 | 0.72 | | 0.72 |
| | | | | | | | | | | 30.23 |
| 37352 | 11-Aug-2016 | ORR, MELISSA G | 1433942 | 08/05/2016 | RR | 15:05 | 23:01 | 7.92 | | 7.92 |
| 37352 | 11-Aug-2016 | ORR, MELISSA G | 1433942 | 08/07/2016 | RR | 07:18 | 14:58 | 7.67 | | 7.67 |
| 37352 | 11-Aug-2016 | ORR, MELISSA G | 1433942 | 08/08/2016 | RR | 09:57 | 14:58 | 5.02 | | 5.02 |
| 37352 | 11-Aug-2016 | ORR, MELISSA G | 1433942 | 08/09/2016 | RR | 09:03 | 15:01 | 5.98 | | 5.98 |
| 37352 | 11-Aug-2016 | ORR, MELISSA G | 1433942 | 08/11/2016 | RR | 09:02 | 15:04 | 6.03 | | 6.03 |
| | | | | | | | | | | 32.62 |
| 37352 | 12-Jan-2017 | ORR, MELISSA G | 1433942 | 01/07/2017 | RR | 15:11 | 23:06 | 7.92 | | 7.92 |
| 37352 | 12-Jan-2017 | ORR, MELISSA G | 1433942 | 01/10/2017 | RR | 15:02 | 23:17 | 8.25 | | 8.25 |
| 37352 | 12-Jan-2017 | ORR, MELISSA G | 1433942 | 01/11/2017 | RR | 14:56 | 15:49 | 0.88 | | 0.88 |
| 37352 | 12-Jan-2017 | ORR, MELISSA G | 1433942 | 01/11/2017 | RR | 16:11 | 23:06 | 6.92 | | 6.92 |
| | | | | | | | | | | 23.97 |
| 37352 | 13-Oct-2016 | ORR, MELISSA G | 1433942 | 10/07/2016 | RR | 10:00 | 12:59 | 2.98 | | 2.98 |
| 37352 | 13-Oct-2016 | ORR, MELISSA G | 1433942 | 10/07/2016 | RR | 12:59 | 14:27 | 1.47 | | 1.47 |
| 37352 | 13-Oct-2016 | ORR, MELISSA G | 1433942 | 10/09/2016 | RR | 09:18 | 11:51 | 2.55 | | 2.55 |
| 37352 | 13-Oct-2016 | ORR, MELISSA G | 1433942 | 10/09/2016 | RR | 15:09 | 22:57 | 7.82 | | 7.82 |
| 37352 | 13-Oct-2016 | ORR, MELISSA G | 1433942 | 10/11/2016 | RR | 10:57 | 12:15 | 1.30 | | 1.30 |
| 37352 | 13-Oct-2016 | ORR, MELISSA G | 1433942 | 10/12/2016 | RR | 15:09 | 22:56 | 7.78 | | 7.78 |
| 37352 | 13-Oct-2016 | ORR, MELISSA G | 1433942 | 10/13/2016 | RR | 15:06 | 22:52 | 7.77 | | 7.77 |
| | | | | | | | | | | 31.67 |
| 37352 | 14-Jul-2016 | ORR, MELISSA G | 1433942 | 07/08/2016 | RR | 11:14 | 15:19 | 4.10 | | 4.10 |
| 37352 | 14-Jul-2016 | ORR, MELISSA G | 1433942 | 07/10/2016 | RR | 10:09 | 16:09 | 6.02 | | 6.02 |
| 37352 | 14-Jul-2016 | ORR, MELISSA G | 1433942 | 07/11/2016 | RR | 09:10 | 14:53 | 5.72 | | 5.72 |
| 37352 | 14-Jul-2016 | ORR, MELISSA G | 1433942 | 07/11/2016 | RR | 18:32 | 23:05 | 4.55 | | 4.55 |
| 37352 | 14-Jul-2016 | ORR, MELISSA G | 1433942 | 07/14/2016 | RR | 09:07 | 16:01 | 6.92 | | 6.92 |
| | | | | | | | | | | 27.31 |
| 37352 | 15-Dec-2016 | ORR, MELISSA G | 1433942 | 12/09/2016 | RR | 15:30 | 23:08 | 7.63 | | 7.63 |
| 37352 | 15-Dec-2016 | ORR, MELISSA G | 1433942 | 12/10/2016 | RR | 15:41 | 23:10 | 7.48 | | 7.48 |
| 37352 | 15-Dec-2016 | ORR, MELISSA G | 1433942 | 12/11/2016 | RR | 15:25 | 20:27 | 5.03 | | 5.03 |
| 37352 | 15-Dec-2016 | ORR, MELISSA G | 1433942 | 12/11/2016 | RR | 20:36 | 23:11 | 2.57 | | 2.57 |
| 37352 | 15-Dec-2016 | ORR, MELISSA G | 1433942 | 12/14/2016 | RR | 15:16 | 19:50 | 4.57 | | 4.57 |
| 37352 | 15-Dec-2016 | ORR, MELISSA G | 1433942 | 12/14/2016 | RR | 20:02 | 23:11 | 3.13 | | 3.13 |
| | | | | | | | | | | 30.41 |
| 37352 | 15-Sep-2016 | ORR, MELISSA G | 1433942 | 09/09/2016 | RR | 07:00 | 07:04 | 0.08 | | 0.08 |

| Store | Week Ending | Name | Assignment # | Date Clocked In | Pay Code | IN | OUT | Calc Hrs/Amt | MGR MOD | Actual Hrs Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 37352 | 15-Sep-2016 | ORR, MELISSA G | 1433942 | 09/11/2016 | RR | 07:05 | 15:03 | 7.97 | | 7.97 |
| 37352 | 15-Sep-2016 | ORR, MELISSA G | 1433942 | 09/12/2016 | RR | 09:08 | 12:55 | 3.78 | | 3.78 |
| 37352 | 15-Sep-2016 | ORR, MELISSA G | 1433942 | 09/13/2016 | RR | 09:45 | 15:04 | 5.32 | | 5.32 |
| 37352 | 15-Sep-2016 | ORR, MELISSA G | 1433942 | 09/15/2016 | RR | 09:02 | 10:24 | 1.35 | | 1.35 |
| 37352 | 15-Sep-2016 | ORR, MELISSA G | 1433942 | 09/15/2016 | RR | 11:16 | 15:00 | 3.73 | | 3.73 |
| 37352 | 15-Sep-2016 | ORR, MELISSA G | 1433942 | 09/15/2016 | RR | 23:04 | 07:00 | 7.92 | | 7.92 |
| | | | | | | | | | | 30.15 |
| 37352 | 16-Feb-2017 | ORR, MELISSA G | 1433942 | 02/12/2017 | RR | 15:08 | 22:01 | 6.87 | | 6.87 |
| 37352 | 16-Feb-2017 | ORR, MELISSA G | 1433942 | 02/13/2017 | RR | 15:08 | 22:00 | 6.88 | | 6.88 |
| 37352 | 16-Feb-2017 | ORR, MELISSA G | 1433942 | 02/14/2017 | RR | 14:59 | 23:04 | 8.08 | | 8.08 |
| | | | | | | | | | | 21.83 |
| 37352 | 16-Jun-2016 | Orr, Melissa | 1433942 | 06/16/2016 | TW | 08:00 | 16:00 | 8.00 | A | 8.00 |
| 37352 | 16-Jun-2016 | Orr, Melissa | 1433942 | 06/16/2016 | RR | 14:03 | 07:00 | 16.93 | D | |
| | | | | | | | | | | 8.00 |
| 37352 | 17-Nov-2016 | ORR, MELISSA G | 1433942 | 11/12/2016 | RR | 15:12 | 23:11 | 7.98 | | 7.98 |
| 37352 | 17-Nov-2016 | ORR, MELISSA G | 1433942 | 11/14/2016 | RR | 09:40 | 15:03 | 5.38 | | 5.38 |
| 37352 | 17-Nov-2016 | ORR, MELISSA G | 1433942 | 11/15/2016 | RR | 08:59 | 15:00 | 6.02 | | 6.02 |
| 37352 | 17-Nov-2016 | ORR, MELISSA G | 1433942 | 11/16/2016 | RR | 14:45 | 17:38 | 2.88 | | 2.88 |
| 37352 | 17-Nov-2016 | ORR, MELISSA G | 1433942 | 11/16/2016 | RR | 17:50 | 22:26 | 4.60 | | 4.60 |
| | | | | | | | | | | 26.86 |
| 37352 | 18-Aug-2016 | ORR, MELISSA G | 1433942 | 08/13/2016 | RR | 15:10 | 23:01 | 7.87 | | 7.87 |
| 37352 | 18-Aug-2016 | ORR, MELISSA G | 1433942 | 08/14/2016 | RR | 12:31 | 15:02 | 2.52 | | 2.52 |
| 37352 | 18-Aug-2016 | ORR, MELISSA G | 1433942 | 08/15/2016 | RR | 08:51 | 14:18 | 5.45 | | 5.45 |
| 37352 | 18-Aug-2016 | ORR, MELISSA G | 1433942 | 08/16/2016 | RR | 07:10 | 14:55 | 7.75 | | 7.75 |
| 37352 | 18-Aug-2016 | ORR, MELISSA G | 1433942 | 08/18/2016 | RR | 07:12 | 09:18 | 2.08 | | 2.08 |
| 37352 | 18-Aug-2016 | ORR, MELISSA G | 1433942 | 08/18/2016 | RR | 09:38 | 15:01 | 5.38 | | 5.38 |
| | | | | | | | | | | 31.05 |
| 37352 | 19-Jan-2017 | ORR, MELISSA G | 1433942 | 01/14/2017 | RR | 15:02 | 23:23 | 8.35 | | 8.35 |
| 37352 | 19-Jan-2017 | ORR, MELISSA G | 1433942 | 01/17/2017 | RR | 15:05 | 23:01 | 7.93 | | 7.93 |
| 37352 | 19-Jan-2017 | ORR, MELISSA G | 1433942 | 01/18/2017 | RR | 15:09 | 23:02 | 7.90 | | 7.90 |
| | | | | | | | | | | 24.18 |
| 37352 | 20-Oct-2016 | ORR, MELISSA G | 1433942 | 10/14/2016 | RR | 15:07 | 18:06 | 2.98 | | 2.98 |
| 37352 | 20-Oct-2016 | ORR, MELISSA G | 1433942 | 10/14/2016 | RR | 18:13 | 23:01 | 4.78 | | 4.78 |
| 37352 | 20-Oct-2016 | ORR, MELISSA G | 1433942 | 10/16/2016 | RR | 09:15 | 15:13 | 5.97 | | 5.97 |
| 37352 | 20-Oct-2016 | ORR, MELISSA G | 1433942 | 10/16/2016 | RR | 19:12 | 23:03 | 3.83 | | 3.83 |
| 37352 | 20-Oct-2016 | ORR, MELISSA G | 1433942 | 10/17/2016 | RR | 07:10 | 07:10 | 0.00 | | 0.00 |
| 37352 | 20-Oct-2016 | ORR, MELISSA G | 1433942 | 10/18/2016 | RR | 09:03 | 14:48 | 5.73 | | 5.73 |
| 37352 | 20-Oct-2016 | ORR, MELISSA G | 1433942 | 10/20/2016 | RR | 23:05 | 05:30 | 6.42 | | 6.42 |
| | | | | | | | | | | 29.71 |
| 37352 | 21-Jul-2016 | ORR, MELISSA G | 1433942 | 07/15/2016 | RR | 10:09 | 16:02 | 5.88 | | 5.88 |
| 37352 | 21-Jul-2016 | ORR, MELISSA G | 1433942 | 07/17/2016 | RR | 11:23 | 14:56 | 3.55 | | 3.55 |
| 37352 | 21-Jul-2016 | ORR, MELISSA G | 1433942 | 07/18/2016 | RR | 09:03 | 15:07 | 6.07 | | 6.07 |
| 37352 | 21-Jul-2016 | ORR, MELISSA G | 1433942 | 07/19/2016 | RR | 09:16 | 14:58 | 5.72 | | 5.72 |
| 37352 | 21-Jul-2016 | ORR, MELISSA G | 1433942 | 07/20/2016 | RR | 12:33 | 14:23 | 1.85 | | 1.85 |
| 37352 | 21-Jul-2016 | ORR, MELISSA G | 1433942 | 07/21/2016 | RR | 09:07 | 15:59 | 6.88 | | 6.88 |
| | | | | | | | | | | 29.95 |
| 37352 | 22-Dec-2016 | ORR, MELISSA G | 1433942 | 12/19/2016 | RR | 15:06 | 20:06 | 5.02 | | 5.02 |
| 37352 | 22-Dec-2016 | ORR, MELISSA G | 1433942 | 12/19/2016 | RR | 20:26 | 23:07 | 2.68 | | 2.68 |
| 37352 | 22-Dec-2016 | ORR, MELISSA G | 1433942 | 12/20/2016 | RR | 15:19 | 23:03 | 7.75 | | 7.75 |
| 37352 | 22-Dec-2016 | ORR, MELISSA G | 1433942 | 12/21/2016 | RR | 15:45 | 23:07 | 7.37 | | 7.37 |
| 37352 | 22-Dec-2016 | ORR, MELISSA G | 1433942 | 12/22/2016 | RR | 16:44 | 23:02 | 6.30 | | 6.30 |
| | | | | | | | | | | 29.12 |
| 37352 | 22-Sep-2016 | ORR, MELISSA G | 1433942 | 09/16/2016 | RR | 07:00 | 07:11 | 0.18 | | 0.18 |
| 37352 | 22-Sep-2016 | ORR, MELISSA G | 1433942 | 09/18/2016 | RR | 22:58 | 04:58 | 5.98 | | 5.98 |
| 37352 | 22-Sep-2016 | ORR, MELISSA G | 1433942 | 09/20/2016 | RR | 23:11 | 05:44 | 6.55 | | 6.55 |

| Store | Week Ending | Name | Assignment # | Date Clocked In | Pay Code | IN | OUT | Calc Hrs/Amt | MGR MOD | Actual Hrs Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 37352 | 22-Sep-2016 | ORR, MELISSA G | 1433942 | 09/22/2016 | RR | 23:15 | 07:00 | 7.73 | | 7.73 |
| | | | | | | | | | | 20.44 |
| 37352 | 23-Feb-2017 | ORR, MELISSA G | 1433942 | 02/17/2017 | RR | 15:18 | 22:00 | 6.68 | | 6.68 |
| 37352 | 23-Feb-2017 | ORR, MELISSA G | 1433942 | 02/18/2017 | RR | 15:22 | 22:00 | 6.63 | | 6.63 |
| | | | | | | | | | | 13.31 |
| 37352 | 23-Jun-2016 | ORR, MELISSA G | 1433942 | 06/17/2016 | RR | 07:00 | 15:02 | 8.05 | | 8.05 |
| 37352 | 23-Jun-2016 | ORR, MELISSA G | 1433942 | 06/18/2016 | RR | 06:59 | 07:00 | 0.00 | | 0.00 |
| 37352 | 23-Jun-2016 | ORR, MELISSA G | 1433942 | 06/18/2016 | RR | 07:00 | 10:01 | 3.02 | | 3.02 |
| 37352 | 23-Jun-2016 | ORR, MELISSA G | 1433942 | 06/20/2016 | RR | 09:02 | 15:06 | 6.07 | | 6.07 |
| 37352 | 23-Jun-2016 | ORR, MELISSA G | 1433942 | 06/22/2016 | RR | 09:57 | 15:09 | 5.20 | | 5.20 |
| 37352 | 23-Jun-2016 | ORR, MELISSA G | 1433942 | 06/24/2016 | RR | 01:55 | 07:00 | 5.07 | | 5.07 |
| | | | | | | | | | | 27.41 |
| 37352 | 24-Nov-2016 | ORR, MELISSA G | 1433942 | 11/21/2016 | RR | 23:25 | 05:40 | 6.25 | | 6.25 |
| 37352 | 24-Nov-2016 | ORR, MELISSA G | 1433942 | 11/23/2016 | RR | 23:23 | 00:00 | 0.60 | | 0.60 |
| 37352 | 24-Nov-2016 | ORR, MELISSA G | 1433942 | 11/24/2016 | H1 | 00:00 | 07:00 | 7.00 | | 7.00 |
| 37352 | 24-Nov-2016 | ORR, MELISSA G | 1433942 | 11/24/2016 | H1 | 07:00 | 07:17 | 0.28 | | 0.28 |
| | | | | | | | | | | 14.13 |
| 37352 | 25-Aug-2016 | ORR, MELISSA G | 1433942 | 08/19/2016 | RR | 15:21 | 23:05 | 7.75 | | 7.75 |
| 37352 | 25-Aug-2016 | ORR, MELISSA G | 1433942 | 08/21/2016 | RR | 15:08 | 15:08 | 0.02 | | 0.02 |
| 37352 | 25-Aug-2016 | ORR, MELISSA G | 1433942 | 08/21/2016 | RR | 15:08 | 22:59 | 7.85 | | 7.85 |
| 37352 | 25-Aug-2016 | ORR, MELISSA G | 1433942 | 08/22/2016 | RR | 14:57 | 23:00 | 8.05 | | 8.05 |
| 37352 | 25-Aug-2016 | ORR, MELISSA G | 1433942 | 08/23/2016 | RR | 15:07 | 22:47 | 7.67 | | 7.67 |
| 37352 | 25-Aug-2016 | ORR, MELISSA G | 1433942 | 08/25/2016 | RR | 07:24 | 15:00 | 7.62 | | 7.62 |
| | | | | | | | | | | 38.96 |
| 37352 | 26-Jan-2017 | ORR, MELISSA G | 1433942 | 01/20/2017 | RR | 15:11 | 22:03 | 6.87 | | 6.87 |
| 37352 | 26-Jan-2017 | ORR, MELISSA G | 1433942 | 01/22/2017 | RR | 09:07 | 14:53 | 5.77 | | 5.77 |
| 37352 | 26-Jan-2017 | ORR, MELISSA G | 1433942 | 01/25/2017 | RR | 15:10 | 22:03 | 6.88 | | 6.88 |
| | | | | | | | | | | 19.52 |
| 37352 | 27-Oct-2016 | ORR, MELISSA G | 1433942 | 10/22/2016 | RR | 23:00 | 07:00 | 7.98 | | 7.98 |
| 37352 | 27-Oct-2016 | ORR, MELISSA G | 1433942 | 10/23/2016 | RR | 07:00 | 07:04 | 0.08 | | 0.08 |
| 37352 | 27-Oct-2016 | ORR, MELISSA G | 1433942 | 10/23/2016 | RR | 17:39 | 20:02 | 2.38 | | 2.38 |
| 37352 | 27-Oct-2016 | ORR, MELISSA G | 1433942 | 10/24/2016 | RR | 15:07 | 21:57 | 6.83 | | 6.83 |
| 37352 | 27-Oct-2016 | ORR, MELISSA G | 1433942 | 10/27/2016 | RR | 09:18 | 15:29 | 6.18 | | 6.18 |
| | | | | | | | | | | 23.45 |
| 37352 | 28-Jul-2016 | ORR, MELISSA G | 1433942 | 07/22/2016 | RR | 09:26 | 11:51 | 2.42 | | 2.42 |
| 37352 | 28-Jul-2016 | ORR, MELISSA G | 1433942 | 07/23/2016 | RR | 09:10 | 15:00 | 5.83 | | 5.83 |
| 37352 | 28-Jul-2016 | ORR, MELISSA G | 1433942 | 07/24/2016 | RR | 09:26 | 13:22 | 3.93 | | 3.93 |
| 37352 | 28-Jul-2016 | ORR, MELISSA G | 1433942 | 07/25/2016 | RR | 09:08 | 13:06 | 3.97 | | 3.97 |
| 37352 | 28-Jul-2016 | ORR, MELISSA G | 1433942 | 07/26/2016 | RR | 09:04 | 15:38 | 6.57 | | 6.57 |
| 37352 | 28-Jul-2016 | ORR, MELISSA G | 1433942 | 07/28/2016 | RR | 09:30 | 15:07 | 5.62 | | 5.62 |
| | | | | | | | | | | 28.34 |
| 37352 | 29-Dec-2016 | ORR, MELISSA G | 1433942 | 12/24/2016 | RR | 16:00 | 22:55 | 6.93 | | 6.93 |
| 37352 | 29-Dec-2016 | ORR, MELISSA G | 1433942 | 12/26/2016 | RR | 16:07 | 23:07 | 6.98 | | 6.98 |
| 37352 | 29-Dec-2016 | ORR, MELISSA G | 1433942 | 12/27/2016 | RR | 15:26 | 23:05 | 7.67 | | 7.67 |
| 37352 | 29-Dec-2016 | ORR, MELISSA G | 1433942 | 12/29/2016 | RR | 15:01 | 23:02 | 8.02 | | 8.02 |
| | | | | | | | | | | 29.60 |
| 37352 | 29-Sep-2016 | ORR, MELISSA G | 1433942 | 09/23/2016 | RR | 07:00 | 07:03 | 0.07 | | 0.07 |
| 37352 | 29-Sep-2016 | ORR, MELISSA G | 1433942 | 09/24/2016 | RR | 00:11 | 07:00 | 6.80 | | 6.80 |
| 37352 | 29-Sep-2016 | ORR, MELISSA G | 1433942 | 09/24/2016 | RR | 07:00 | 07:02 | 0.03 | | 0.03 |
| 37352 | 29-Sep-2016 | ORR, MELISSA G | 1433942 | 09/25/2016 | RR | 23:31 | 07:00 | 7.47 | | 7.47 |
| 37352 | 29-Sep-2016 | ORR, MELISSA G | 1433942 | 09/26/2016 | RR | 07:00 | 07:15 | 0.27 | | 0.27 |
| 37352 | 29-Sep-2016 | ORR, MELISSA G | 1433942 | 09/26/2016 | RR | 23:01 | 07:00 | 7.97 | | 7.97 |
| 37352 | 29-Sep-2016 | ORR, MELISSA G | 1433942 | 09/27/2016 | RR | 07:00 | 07:06 | 0.12 | | 0.12 |
| 37352 | 29-Sep-2016 | ORR, MELISSA G | 1433942 | 09/29/2016 | RR | 08:50 | 14:56 | 6.08 | | 6.08 |
| | | | | | | | | | | 28.81 |

| Store | Week Ending | Name | Assignment # | Date Clocked In | Pay Code | IN | OUT | Calc Hrs/Amt | MGR MOD | Actual Hrs Paid |
|-------|-------------|------|--------------|-----------------|----------|------|------|------|------|------|
| 37352 | 30-Jun-2016 | ORR, MELISSA G | 1433942 | 06/24/2016 | RR | 07:00 | 07:49 | 0.82 | | 0.82 |
| 37352 | 30-Jun-2016 | ORR, MELISSA G | 1433942 | 06/25/2016 | RR | 09:11 | 10:57 | 1.78 | | 1.78 |
| 37352 | 30-Jun-2016 | ORR, MELISSA G | 1433942 | 06/25/2016 | RR | 15:07 | 15:07 | 0.00 | | 0.00 |
| 37352 | 30-Jun-2016 | ORR, MELISSA G | 1433942 | 06/25/2016 | RR | 15:07 | 22:32 | 7.42 | | 7.42 |
| 37352 | 30-Jun-2016 | ORR, MELISSA G | 1433942 | 06/27/2016 | RR | 08:12 | 15:34 | 7.37 | | 7.37 |
| 37352 | 30-Jun-2016 | ORR, MELISSA G | 1433942 | 06/29/2016 | RR | 09:02 | 13:49 | 4.78 | | 4.78 |
| 37352 | 30-Jun-2016 | ORR, MELISSA G | 1433942 | 06/30/2016 | RR | 07:00 | 14:32 | 7.53 | | 7.53 |
| | | | | | | | | | | 29.70 |